■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNWOOD WATSON, Also Known as LYNWOOD GARNER, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Ramirez, J.), rendered June 10, 1983, convicting him of attempted robbery in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

While we condemn the statement made by the prosecutor during summation that: "The [complaining witness] is a Black *male.* The defendant is a Black male. I submit to you there is no bias or prejudice in this case" (*see, People v Green,* 89 AD2d 874; *People v Hearns,* 18 AD2d 922; *McFarland v Smith,* 611 F2d 414; *see also, People v Roopchand,* 107 AD2d 35), since defense

counsel did not object to the statement, the error is not preserved for appellate review as a matter of law (CPL 470.05 [2]; *see, e.g., People v Nuccie,* 57 NY2d 818). Moreover, we have examined the entire record and conclude that defendant received a fair trial. Therefore, there is no basis for reversal in the interest of justice (CPL 470.15 [6] [a]; *see, People v Galloway,* 54 NY2d 396).

We have examined defendant's remaining contentions and find them to be without merit. Thompson, J. P., Brown, Niehoff and Lawrence, JJ., concur.